```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    07/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

DEDRA DE LA ROSA,                              :
                                               :
                                               :
                        Plaintiff,             :          **ORDER**
                                               :
            -v-                                :          22-CV-5480 (JHR) (JLC)
                                               :
GRAND AND MERCER STREET CORP, and              :
ALEXANDER WANG NEW YORK CITY LLC               :
                                               :
                        Defendants.            :

------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

By Order of Reference dated July 10, 2023 (Dkt. No. 48), Judge Rearden

referred this case to me for settlement.  The parties are directed to advise the Court

within 30 days when they wish to schedule the settlement conference.  The parties

should do so by filing a letter-motion on the docket that indicates at least three

dates that are mutually convenient for the parties.  Alternatively, counsel are free

to e-mail my deputy clerk, David Tam, at David_Tam@nysd.uscourts.gov to find a

mutually convenient date for the parties and the Court.

The settlement conference can be conducted either via video conferencing or

in-person.  When advising the Court as to their preferred scheduling dates, the

parties should indicate which format they prefer.  If video conference is requested,

the Court will provide additional information about the logistics in advance of the

conference.  An in-person conference will be permitted only if all participants in the

conference (attorneys, clients, and any interpreters) comply with the Court's most

1

recent COVID-19 Protocol (available at https://www.nysd.uscourts.gov/covid-19-coronavirus).  For avoidance of doubt, all parties must agree to proceeding by video conference or an in-person conference and make a joint application for the method that is preferred.

       **SO ORDERED.**

Dated: July 10, 2023
      New York, New York

                                      JAMES L. COTT
                                    United States Magistrate Judge